UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTOPHER P. GEISERT,

       Plaintiff,                        File No. 1:10-CV-120

v.

                                        HON. ROBERT HOLMES BELL

BERNARD BROWN,

       Defendant.
_____/

**ORDER APPROVING AND ADOPTING**
**MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

On April 21, 2010, Magistrate Judge Joseph G. Scoville issued a Report and Recommendation ("R&R") (Dkt. No. 9) recommending that Plaintiff Christopher P. Geisert's pro se complaint be dismissed without prejudice for lack of jurisdiction or, if Plaintiff is able to amend to allege the existence of diversity jurisdiction, that the case be transferred to the Northern District of Texas. The R&R was duly served on the parties. No objections have been filed, and the deadline for doing so has expired. The Court has reviewed the matter and concludes that the R&R correctly analyzes the issues and makes a sound recommendation. Accordingly,

**IT IS HEREBY ORDERED** that the Magistrate Judge's April 21, 2101, R&R (Dkt. No. 9) is **APPROVED and ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.


Dated: June 8, 2010                                /s/ Robert Holmes Bell
                                                       ROBERT HOLMES BELL
                                                       UNITED STATES DISTRICT JUDGE